# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ROBERT BAKER**                                                              **PLAINTIFF**

**v.**                                                  **CAUSE NO. 1:17CV34-LG-RHW**

**JACKSON COUNTY, MISSISSIPPI**                            **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on October 4, 2017. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED** without prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of October, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE